United States District Court
Southern District of Texas
**ENTERED**
June 24, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTHONY WHITNEY NORMAN, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-13-0624 |
| | § | |
| LORIE DAVIS, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Pending before the Court is petitioner's third *pro se* Rule 60(b) motion (Docket Entry No. 119), raising new habeas challenges to his 2011 state murder conviction.

Petitioner's motion constitutes a successive habeas petition under *Gonzalez v. Crosby*, 545 U.S. 524, 531–32 (2005). Public records for the Fifth Circuit Court of Appeals reveal that petitioner was not granted authorization to file this successive habeas petition. His most recent motion for authorization was denied in 2016 with a sanctions warning. *In re: Anthony Whitney Norman*, No. 16-20155 (5th Cir. Apr. 20, 2016).

Petitioner's Rule 60(b) motion (Docket Entry No. 119) is DISMISSED WITHOUT PREJUDICE FOR WANT OF JURISDICTION. A certificate of appealability is DENIED.

Signed at Houston, Texas on June 24, 2020.

_____
Gray H. Miller
Senior United States District Judge